**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 12 2022

MITCHELL R. ELFERS
CLERK

**Name:** Eliseabith sphvaini Shelton Reeves and Robert Wallace Reeves

**Address:** United States of America

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Robert Wallace Reeves, Plaintiff
(Full Name) Eliseabith sphuaie Shelton Reeves

v.

POPE Agustine of Rome and the Meathodist Cathedral of Aster Dam and Babist Cathedral of ~~Noter~~ Noteter Dom, Defendant(s)

CASE NO. 22cv369-KK
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983**

### A. JURISDICTION

1) Robert Wallace Reeves (Plaintiff), is a citizen of United States (State) who presently resides at Albequrcy N.M. (Mailing address or place of confinement)

2) Defendant Shown upabove (Name of first defendant) is a citizen of _____ (City, State), and is employed as _____ (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☒ No ☐ If your answer is "Yes", briefly explain:

They are one Shided in my complinut Holly War agunst Wallace E Reeves and Jame Gorson Reeves, Alice J Wilson and Andrew Reeves the Reeves Family and the Ambrose Family, Goddie family, Reggite Family and Scach stors. and the Soc. 44's to Earth

3) Defendant __Shown on Civil__ is a citizen of __Rights Complaint Pursuant__ (Name of second defendant), (City, State), and is employed as __to 42 U.S.C §1983__. At the time the claim(s) (Position and title, if any) alleged in this complaint arose, was this defendant acting under color of state.

Yes ☒   No ☐   If your answer is "Yes", briefly explain:

They all apear to be one sided except The Pope Agustine of Roman, Itly

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.) Wallace E. Reeves, James Gorson Reeves, The Reeves Family in relastoin to Wallace E. Reeves and the Ambrose Family in Relation to Alice J. Wilson.

B. NATURE OF THE CASE

1) Briefly state the background of your case. I have been in a Complement Holly War for 28 years. POPE John Paul the III was my first POPE at the start of my Holly War. Even then it seamed to be one sided with all the Churches on Earth. I was Born on June 15 1972 and on that date and time I was aworded The LORD Jessus (Jesus) Crist Dysty, Dinesry of 4 Different Nations, Also Wallace is Us. Microsoft Corporation matrix & Servers & Satlight in a Midd eu. I Complaind in a Compelment Holly War agest me for 28 yrs.

XE- 2/7

-2-

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: In a Holly war is only sopoosed to last 7 years or until a Belif of one Compeliment has been served. Crist Compells you.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Wallace is Lusifer only the most evilest being on Earth. James Garson Reeves is Satan the second most evilest being on Earth. Alice J. Willson is Mary Evil 3rd most evilest person on Earth and James's family Satans Sun is very Satanistic with his wives same as Wallace

B)(1) Count II: The Nation of America has proven to be one side to only protect and serve Evil. They have shown me no gradatude for saveing all there Lives in a sacerfice

(2) Supporting Facts: 1. Sacerfice's: 800 million times a day spitualy or until I show up on the cross for reals by Wallace E Reeves. Shot in the head 500 times a day spitualy by James Garson Reeves or until my Body shows up in Rod Hart Comfilment Noculer plant holdrup. Alice Wilson haked me up afew true to Overses of my growth off oven comming James Waly hangs me until the tree of life is bear some with Rick, Arther, Jon, Richeard, Cornelia and the Ambrose Family

C)(1) Count III: Elisbeath has been broken down and spiritualy complied to kill her spitualy forever by all that apper on this comphert except Pope Agsestne, if Not Elisenbath Me.

(2) Supporting Facts: Gary wich is James Garsen Reeues even has said over the phone to Scott Harnton "I am going to kill Robents only Emortal Daughter through Emaqulent Concepsion forever and then Rape her Dead Body. So has Wallace and Joe Spaketer of Tucson, AZ wich is a Dug Dealler of horurn, Meth, Acid, Cocene, Fentanol. Some with Tyich-Tomason and his Family, Anglen. q Joe Lee Joe Houris Biden, Gladamer Pottin, and that Mror of Chyne.

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐ No ☐ If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) The Rest in Cort be for all ready been proceeded have thnenth my only child a dozen times to me a day. Very stressfoll

a) Parties to previous lawsuit.
Plaintiffs: Eliseabith & Robet Reues
Defendants: Wallee, James, Andrew, Angelena Gewn, Blake, Ozzy, Sharon, Jack ozborne, Kelly Ozborne, Brad Pit, Zack Wild, Rock-n-Roll heaven, and last but not least, Bittine Spevrs with all of Courtry's super stars and Girls Rock-n-Roll super stars. James told them to and said quate " I know now to kill Robert forever I will show you how and we will get eueything i)
b) Name of court and docket number:

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Audray his Daughter Goddess Orcal.

d) Issues raised: My hairs every and so much hart redd and Angen tarund eueything even the Universe. The plan is to make me and my Daughter soffer every nenoseacnd for eues so he can be GOD to euey on and have sex with all the wemen when ever he wont nomatter who it is.

e) Approximate date of filing lawsuit: __Un knowing of Date__

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes [X]  No [ ]  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. Also Donald Trump and Brock O'Bama have threated me and my Daughter and the FBI, CIA, Alicescia Necal Nelms, Shennie Nelms, Crysty Nelms, Amy Nelms, Woopie Goldberg, Atlatus moreset, Skenal Crow, Threayer Wood, Whyoni Ryder, Lean Walemack, Realaera Lynn, Jenifer?, Stheanie?, Jessica?, Jessica Gonzolare was a sereat, Alma Gardo, and N. ckole s Reeals

E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: A place where I am safe with my Daughter until court hearings are complete. If not I believe I am beny served ouel and Compliant Death Proceeding will be filed in Roman.

_____          _____
Signature of Attorney (if any)           Signature of Petitioner

Attorney's full address and telephone number.  Scott Hanton Tucson, Az

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at Federal Court Building Albuquerque, New Mexico (Location) on 5/12/ 2022 (Date)

Robert Walker Re___ (Signature)

not her signature
Elizabeth Shelton please
Shelton Reaves.

P.S. Scott Hampton has been treated by all this people as well time and time over and no witness protection program. I do belive and will sugest you get me off the street into a witeness protection program with my Daughter And Lawer Scott Hapton soon as possible I don't know how much I can stand. Please Help.

Sincerely,
King & Empror

Robert Walker Reeves The Lord Jesso (Jesus) Crist zwe, God - The Anti Crist. The Anti Crist Title is my Shadow you imbulsches. :-)

XE-2  2/78

- 6 -