IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT WALLACE REEVES,
ELISEABITH SPHUAINI, and
SHELTON REEVES,

      Plaintiffs,

v.                                        No. 1:22-cv-00369-KWR-KK

POPE AGUSTINE OF ROME,
MEATHODIST CATHERAL OF ASTERDAM, and
BABIST CUTHERAL OF NOTETER DOM,

      Defendants.

## **RULE 58 JUDGMENT**

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order of Dismissal (**Doc. 5**) entered on **May 18, 2022**, which dismissed all of Plaintiffs' claims.

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.**

                                                     **KEA W. RIGGS**
                                                     **UNITED STATES DISTRICT JUDGE**